IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| DAN CARMAN, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | Case No. 5:22-cv-149-KKC<br><br>Judge Karen K. Caldwell |

**MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

On June 10, 2022, the plaintiffs filed a 71-page, 241-paragraph complaint, challenging the constitutionality of an amendment to a long-standing requirement that taxpayers must inform the IRS of certain business transactions when those transactions carry a propensity to be used to avoid or evade taxes. (See Compl.). The United States seeks a 90-day extension of time to respond to the complaint, up to November 7, 2022.[1]

Good cause exists for the Court to grant the motion, for at least three reasons. First, the length and complexity of the complaint warrant an extension to allow the United States sufficient time to seek the views of many stakeholders and coordinate its response.

Second, during emails exchanged as part of an attempt to resolve this motion without involving the Court, plaintiffs informed the government that they intend to amend the complaint in the coming weeks. Because this amendment will affect the government's response, there is no

---

[1] Although no proofs of service have been filed with the Court, the United States Attorney's office has advised counsel for the government that it was served with the summons and complaint that same day. Assuming the other offices required to have been served with the summons and complaint under Fed. R. Civ. P. 4 (i) were also served, the deadline for the United States to file an answer or motion under Rule 12 would be August 9, 2022. Fed. R. Civ. P. 12 (a)(2).

benefit to requiring the United States to file a response to the original complaint prior to the plaintiffs filing their amended complaint.[2]

Third, an extension of less than 90 days will not accommodate the needs of counsel for the United States in this case. Counsel for the government are already committed to a briefing schedule in the month of October to file briefing in another significant matter. Given this, a 90-day extension allows the government to adequately research, brief, and review the issues in this case. Additionally, government counsel is taking special care to arrange briefing in these two cases to avoid conflict with one of its attorney's wedding and honeymoon.

As mentioned, the parties tried to resolve this motion prior to its filing. After that meet-and-confer process, plaintiffs' counsel informed the government he would not agree to the proposed extension "because they seek judicial resolution before the challenged law goes into effect on January 1, 2024."

WHEREFORE the United States asks the Court to grant its motion and enter the attached proposed order extending its deadline to respond to the complaint in this action to November 7, 2022.

Date: August 2, 2022

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Kyle L. Bishop
KYLE L. BISHOP
MOIRA E. GOODWIN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-616-1878 (phone)
202-514-6866 (fax)
Kyle.L.Bishop@usdoj.gov

---

[2] Moreover, such a filing could lead to a new deadline for the filing of a responsive pleading or motion. Fed. R. Civ. P. 15(a)(3).

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of August, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered to receive it.

                                                  */s/ Kyle L. Bishop*
                                                  KYLE L. BISHOP
                                                  Trial Attorney
                                                  United States Department of Justice, Tax Division