# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

DAN CARMAN, et al.,

           Plaintiffs,

v.

JANET YELLEN et al.,

           Defendants.

Case No. 5:22-cv-149-KKC

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendants seek 150 days—60 under the Federal Rules plus a 90-day extension—to simply respond to Plaintiffs' complaint. *See* Doc. 18. Plaintiffs oppose and make three quick points in response.

1. In their motion, Defendants stated that Plaintiffs "intend to amend the complaint in the coming weeks." *Id.* at 1. That's not true; Plaintiffs do not intend to amend the complaint before Defendants respond. Plaintiffs made this clear to Defendants and do not understand why Defendants represented otherwise.

2. Plaintiffs oppose a 90-day extension because they seek a decision before the challenged amendment goes into effect on January 1, 2024. A 150-day window to answer the complaint is incongruous with the Defendants' proffered reasons for the extension. And it will likely backfire by forcing Plaintiffs to move for a preliminary injunction or other expedited proceedings.

3. Plaintiffs do not object to a shorter extension of 30 days, giving Defendants 150% more time to respond to the complaint than the Federal Rules think the government needs.

For all these reasons, Defendants' request for a 90-day extension should be denied.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: August 3, 2022 | /s/Cameron T. Norris |
| | Cameron T. Norris (pro hac vice) |
| | Jeffrey M. Harris (pro hac vice) |
| | Jeffrey S. Hetzel (pro hac vice) |
| | CONSOVOY MCCARTHY PLLC |
| | 1600 Wilson Blvd., Ste. 700 |
| | Arlington, VA 22209 |
| | (703) 243-9423 |
| | cam@consovoymccarthy.com |
| | |
| | Jason L. Hargadon |
| | Hargadon Law Group LLC |
| | 111 Church Street, Suite 100 |
| | Lexington, Kentucky 40507 |
| | (Tele) (859) 971-0060 |
| | jhargadon@hargadonlawgroup.com |
| | |
| | J. Abraham Sutherland (pro hac vice) |
| | 106 Connally Street |
| | Black Mountain, NC 28711 |
| | Telephone: 805.689.4577 |
| | |
| | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court by electronic filing on August 3, 2022.

/s/Cameron T. Norris
Cameron T. Norris (pro hac vice)
Jeffrey M. Harris (pro hac vice)
Jeffrey S. Hetzel (pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

Jason L. Hargadon
Hargadon Law Group LLC
111 Church Street, Suite 100
Lexington, Kentucky 40507
(Tele) (859) 971-0060
jhargadon@hargadonlawgroup.com

J. Abraham Sutherland (pro hac vice)
106 Connally Street
Black Mountain, NC 28711
Telephone: 805.689.4577

*Counsel for Plaintiffs*