IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| DAN CARMAN, et al., | ) | |
| | ) | Case No. 5:22-cv-149-KKC |
| Plaintiffs, | ) | |
| | ) | Judge Karen K. Caldwell |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**REPLY TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

The United States files this reply brief to address two points raised in the plaintiffs' opposition to the government's motion to extend time.

First, the plaintiffs suggest the United States has misrepresented the parties' discussions about the plaintiffs' plans to amend their complaint. (Dkt. 19 at 1). Not so. In an email exchange on July 29 about the requested extension, the plaintiffs' counsel informed the United States that the plaintiffs had "a few amendments to make" to the original complaint. See Ex. 1. The plaintiffs proposed a thirty-day deadline to file an amended complaint with the United States' consent, and a further thirty-day deadline for the United States to respond to the amended complaint. That email is attached, and it speaks for itself.[1] Id.

Second, the plaintiffs suggest that the requested extension may delay resolution of this matter until after January 1, 2024, the day the reporting requirement goes into effect. (Dkt. 19 at 1). That concern is speculative. Under the government's proposed schedule, if the United States files a motion to dismiss in this action, briefing would be completed on December 12, 2022.

---

[1] And the parties appeared to agree that the most efficient path forward would be for the plaintiffs to make their planned amendments first, so as to avoid multiple rounds of briefing on multiple motions to dismiss, if possible.

Importantly, the plaintiffs do not meaningfully contest that the government's remaining justifications—including the length and complexity of the complaint and the personal and professional schedules of government counsel—sufficiently establish good cause for the requested extension. As noted in the original motion, a lesser extension will not aid the government, as counsel is otherwise occupied during the briefing schedules that would result from a 30- or 60-day extension. Thus, the Court should grant the motion in full.

Date:   August 4, 2022

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Kyle L. Bishop*
KYLE L. BISHOP
MOIRA E. GOODWIN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-616-1878 (phone)
202-514-6866 (fax)
Kyle.L.Bishop@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered to receive it.

*/s/ Kyle L. Bishop*
KYLE L. BISHOP
Trial Attorney
United States Department of Justice, Tax Division