IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| DAN CARMAN, et al., | ) |
| Plaintiffs, | ) Case No. 5:22-cv-149-KKC |
| | ) Judge Karen K. Caldwell |
| v. | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO EXTEND TIME FOR
THE UNITED STATES TO RESPOND TO THE COMPLAINT**

Upon consideration of the United States of America's motion to extend its time to file an answer to the complaint, as well as any response or reply thereto, and the entire record in this case, it is hereby ORDERED that the United States' motion (DE # 18) is GRANTED. The government's response to the complaint in this case (including any amendment filed on or before October 24, 2022) shall be due no later than November 7, 2022.

SO ORDERED.

This 8th day of August, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY