IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| DAN CARMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 5:22-cv-149-KKC<br><br>Judge Karen K. Caldwell |

**JOINT MOTION TO EXTEND PAGE LIMITS**

The plaintiffs filed a five-count complaint challenging the constitutionality of an amendment to section 6050I of the Internal Revenue Code. (See Compl.). The United States may file a motion to dismiss that complaint. To allow the parties to fully brief the issues raised by the complaint, the parties now jointly move the Court to expand the page limits typically imposed on such motions. See L.R. 7.1(d) (generally permitting 25 pages for motions and responses and 15 pages for replies, but allowing for modifications to those requirements with "leave of Court").

The parties propose the Court adopt the following page limits for any motion to dismiss (and subsequent briefing) filed by the United States to dismiss the complaint (Dkt. 1):

- Motion to dismiss: 40 pages
- Opposition to motion to dismiss: 40 pages
- Reply brief: 20 pages

Good cause exists for the Court to grant the motion. The additional pages will allow the parties to fully brief the issues before the Court, assisting the Court with its consideration of the issues raised by the complaint. Further, good cause exists because the parties have worked together to agree to the proposed modifications to the Court's typical page limits.

WHEREFORE the parties jointly ask the Court to grant their motion and enter the attached proposed order extending the page limits typically imposed on motions practice in this district.

Date:   October 7, 2022

DAVID A. HUBBERT
Deputy Assistant Attorney General

| */s/ Kyle L. Bishop* | /s/ Cameron T. Norris |
|---|---|
| KYLE L. BISHOP<br>RYAN O. MCMONAGLE<br>MOIRA E. GOODWIN<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 227<br>Washington, D.C.  20044<br>202-616-1878 (phone)<br>202-514-6866 (fax)<br>Kyle.L.Bishop@usdoj.gov | Cameron T. Norris (pro hac vice)<br>Jeffrey M. Harris (pro hac vice)<br>Jeffrey S. Hetzel (pro hac vice)<br>CONSOVOY McCARTHY PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>cam@consovoymccarthy.com<br><br>Jason L. Hargadon<br>Hargadon Law Group LLC<br>111 Church Street, Suite 100<br>Lexington, Kentucky 40507<br>(Tele) (859) 971-0060<br>jhargadon@hargadonlawgroup.com<br><br>J. Abraham Sutherland (pro hac vice)<br>106 Connally Street<br>Black Mountain, NC 28711<br>Telephone: 805.689.4577 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered to receive it.

                */s/ Moira E. Goodwin*
                MOIRA E. GOODWIN
                Trial Attorney
                United States Department of Justice, Tax Division