IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| DAN CARMAN, et al., | ) |
| Plaintiffs, | ) Case No. 5:22-cv-149-KKC |
| | ) Judge Karen K. Caldwell |
| v. | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO EXTEND PAGE LIMITS FOR ANY MOTION TO DISMISS OF THE COMPLAINT**

Upon consideration of the parties' joint motion to extend the page limits imposed on any motion to dismiss (and related briefing) filed by the United States as to the pending complaint, and the entire record in this case, it is hereby ORDERED that the parties' motion (DE #24) is GRANTED. The page limits for briefing any such motion shall be as follows:

- Motion to dismiss: 40 pages
- Opposition to motion to dismiss: 40 pages
- Reply brief: 20 pages

SO ORDERED.

This 11th day of October, 2022.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY