# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY

|  |  |
|---|---|
| DAN CARMAN, et al.,<br>                              Plaintiffs,<br>v.<br><br>JANET YELLEN et al.,<br>                              Defendants. | Case No. 5:22-cv-149-KKC<br><br>Judge Karen K. Caldwell |

## PLAINTIFFS' OPPOSITION TO
## DEFENDANTS' MOTION TO DISMISS

The plaintiffs filed an amended complaint today. "The general rule is that filing an amended complaint moots pending motions to dismiss." *Crawford v. Tilley*, 15 F.4th 752, 759 (6th Cir. 2021). An "amended complaint super[s]edes the original complaint, thus making the motion to dismiss the original complaint moot." *Ky. Press Ass'n, Inc. v. Kentucky*, 355 F. Supp. 2d 853, 857 (E.D. Ky. 2005); *see also In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013); *Calhoun v. Bergh*, 769 F.3d 409, 410 (6th Cir. 2014). In other words, "because the amended complaint supersedes all previous complaints and becomes the only operative pleading, it renders moot any pending motions to dismiss the original complaint." *Am. Guarantee & Liab. Ins. Co. v. CTA Acoustics, Inc.*, 2008 WL 1924229, at *2 (E.D. Ky. Apr. 29) (Caldwell, J.). The Court should therefore deny the defendants' pending motion to dismiss as moot.

While an amended complaint "may not moot a motion to dismiss" when the amended complaint does not "substantially revis[e]" the original complaint, any such exception would not apply here because the plaintiff's amended complaint "include[s]

new allegations." *Crawford*, 15 F.4th at 759. For instance, the defendants' motion to dismiss argues that the plaintiffs fail to adequately allege their injuries and allege legally insufficient injuries. *See* ECF No. 26-1 at 8-20. The amended complaint provides more specific allegations about the plaintiffs' injuries and lists several additional injuries suffered by the plaintiffs. Similarly, the defendants' motion to dismiss argues that a delayed decision would not prejudice the plaintiffs, *see* ECF No. 26-1 at 18, and the amended complaint provides more details about why it would. The amended complaint also provides new allegations relating to several substantive claims addressed by the defendants in their motion to dismiss.

In light of the plaintiff's amended complaint filed today, the defendants' motion to dismiss should be "den[ied] as moot." *Am. Guarantee*, 2008 WL 1924229, at *2 (Caldwell, J.).[1]

---

[1] If the Court disagrees, the plaintiffs respectfully request an extension of 21 days to respond, in light of the new allegations made in their amended complaint.

                                        Respectfully submitted,

Dated: November 28, 2022                /s/Cameron T. Norris
                                        Cameron T. Norris (pro hac vice)
                                        Jeffrey M. Harris (pro hac vice)
                                        Jeffrey S. Hetzel (pro hac vice)
                                        Consovoy McCarthy PLLC
                                        1600 Wilson Blvd., Ste. 700
                                        Arlington, VA 22209
                                        (703) 243-9423
                                        cam@consovoymccarthy.com

                                        Jason L. Hargadon
                                        Hargadon Law Group LLC
                                        111 Church Street, Suite 100
                                        Lexington, Kentucky 40507
                                        (Tele) (859) 971-0060
                                        jhargadon@hargadonlawgroup.com

                                        J. Abraham Sutherland (pro hac vice)
                                        106 Connally Street
                                        Black Mountain, NC 28711
                                        Telephone: 805.689.4577

                                        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court by electronic filing on November 28, 2022.

/s/Cameron T. Norris
Cameron T. Norris (pro hac vice)
Jeffrey M. Harris (pro hac vice)
Jeffrey S. Hetzel (pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

Jason L. Hargadon
Hargadon Law Group LLC
111 Church Street, Suite 100
Lexington, Kentucky 40507
(Tele) (859) 971-0060
jhargadon@hargadonlawgroup.com

J. Abraham Sutherland (pro hac vice)
106 Connally Street
Black Mountain, NC 28711
Telephone: 805.689.4577

*Counsel for Plaintiffs*