UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| DAN CARMAN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JANET YELLEN, *in her official capacity as Secretary of the Treasury, et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 5:22-149-KKC<br><br><br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\*

In accordance with the Opinion and Order entered contemporaneously, the Court hereby ORDERS and ADJUDGES as follows:

1. Defendants' motion to dismiss for lack of subject-matter jurisdiction (DE 29) is GRANTED;

2. Defendants' motion to dismiss for failure to state a claim (DE 29) is DENIED as moot;

3. Any requests for oral argument are DENIED as moot;

4. All other pending motions (DE 26) are DENIED as moot;

5. Plaintiffs' claims are DISMISSED without prejudice;

6. This matter is STRICKEN from the Court's active docket; and

7. This judgment is FINAL and APPEALABLE.

This 19th day of July, 2023.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY